UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MICHAEL DENNERLEIN,

                        Plaintiff,                        24 Civ. No. 0585 (JMF)

      -against-                         **PRE-SETTLEMENT CONFERENCE ORDER**

METRO-NORTH COMMUTER
RAILROAD COMPANY,

                        Defendant.
-----------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

       This action is scheduled for a Pre-Settlement Conference Call on **Friday, September 20, 2024 at 11:00 a.m.**, to discuss the scheduling of and preparation for a Settlement Conference. The parties are directed to consult the undersigned's Settlement Conference Procedures, available at https://nysd.uscourts.gov/hon-gary-stein.  Counsel are directed to join the conference via Microsoft Teams at the scheduled time.  **Please dial (646) 453-4442, Access Code: 623 113 549#.**

       SO ORDERED.

DATED:    New York, New York
              September 16, 2024

                                                       The Honorable Gary Stein
                                                       United States Magistrate Judge