UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MICHAEL DENNERLEIN,

                        Plaintiff,                    **24 Civ. No. 0585 (JMF)**

      -against-

                                          **ORDER SCHEDULING**
METRO-NORTH COMMUTER                 **SETTLEMENT CONFERENCE**
RAILROAD COMPANY,

                        Defendant.
------------------------------------------------------------------X
**GARY STEIN, United States Magistrate Judge:**

      A settlement conference in this matter is scheduled for **Friday, October 4, 2024 at 10:00 a.m.** in Courtroom 9A, United States Courthouse, 500 Pearl Street, New York, New York. The parties shall consult and comply with the undersigned's Settlement Conference Procedures, available at https://nysd.uscourts.gov/hon-gary-stein. *Ex parte* settlement letters must be submitted to the Court no later than **Friday, September 27, 2024**.

      SO ORDERED.

DATED:    New York, New York
                September 16, 2024

                                                    _____
                                                    The Honorable Gary Stein
                                                    United States Magistrate Judge